UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN KRUTH, | : |
|       Plaintiff, | : |
| v. | :   CASE NO.: 2:21-CV-03762-CDJ |
| THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION, | : |
|       Defendant. | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Defendant, The Foundation for Individual Rights in Education in the above-captioned matter.

Dated: 10/18/2021                    By:    /s/ *Deniz Uzel Reilly*
                                                            Deniz Uzel Reilly, Esquire
                                                            (PA 319127)
                                                            FISHER & PHILLIPS LLP
                                                            Two Logan Square, 12th Floor
                                                            100 N. 18th Street
                                                            Philadelphia, PA 19103
                                                            Telephone: (610) 230-2150
                                                            Fax: (610) 230-2151
                                                            dreilly@fisherphillips.com

1

## CERTIFICATE OF SERVICE

  I, Deniz Uzel Reilly, Esquire hereby certify that on this 18th day of October 2021, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system, which send notification of such filing to counsel of record as follows:

>Ryan Allen Hancock, Esquire
>Willig, Williams & Davidson
>1845 Walnut Street, 24th Floor
>Philadelphia, PA 19103
>*Attorney for Plaintiff*

 *s/ Deniz Uzel Reilly* 
Deniz Uzel Reilly
