UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN KRUTH,<br><br>    Plaintiff,<br><br>v.<br><br>THE FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:   CASE NO.: 2:21-CV-03762-CDJ<br>:<br>:<br>:<br>:<br>: |

## JOINT STIPULATION FOR EXTENSION OF TIME

Plaintiff Susan Kruth ("Plaintiff") and Defendant The Foundation for Individual Rights in Education ("Defendant"), by and through their undersigned counsel, hereby stipulate to extend Defendant's deadline to file an initial responsive pleading to Plaintiff's Complaint by thirty (30) days, from October 25, 2021 to November 24, 2021.  This joint request is the first request for such an extension.  The parties hereby submit this Stipulation for the Court's approval.

**FISHER & PHILLIPS LLP**

 /s/ *Deniz Uzel Reilly*
Deniz Uzel Reilly, Esquire
Two Logan Squre
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
*Attorney for Defendant*

**WILLIG, WILLIAMS & DAVIDSON**

 /s/ *Ryan Allen Hancock*
Ryan Allen Hancock, Esquire
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
*Attorney for Plaintiff*

**SO ORDERED AND APPROVED:**

 /s/ Hon. C. Darnell Jones II
C. Darnell Jones, II, J.

1

FP 41991763.1