## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN KRUTH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  CASE NO.: 2:21-CV-03762-CDJ |
| | : |
| THE FOUNDATION FOR INDIVIDUAL | : |
| RIGHTS IN EDUCATION, | : |
| | : |
| Defendant. | : |

### JOINT STIPULATION FOR DISMISSAL

Plaintiff Susan Kruth ("Plaintiff") and Defendant The Foundation for Individual Rights in Education ("Defendant"), by and through their undersigned counsel, hereby stipulate to dismiss the above captioned matter pursuant to F.R.C.P. 41 with prejudice as the matter has been resolved.

**FISHER & PHILLIPS LLP**                    **WILLIG, WILLIAMS & DAVIDSON**

 /s/ *Deniz Uzel Reilly*                             /s/ Ryan Allen Hancock
Deniz Uzel Reilly, Esquire                     Ryan Allen Hancock, Esquire
Two Logan Squre                                    1845 Walnut Street, 24th Floor
100 N. 18th Street, 12th Floor                  Philadelphia, PA 19103
Philadelphia, PA 19103                          *Attorney for Plaintiff*
*Attorney for Defendant*


                                                            **SO ORDERED AND APPROVED:**


                                                            _____
                                                            C. Darnell Jones, II, J.

1